FILED
SEP 19 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Rogelio Alvarado-Moreno | Case Number: 18-cr-03177-WVG |

Francisco J Sanchez, Jr.
Defendant's Attorney

**REGISTRATION NO.** 70419298

☐ -

The Defendant:

☒ pleaded guilty to count(s)    Count 1 of Superseding Information

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325; 18 USC 3 | Improper Entry by an Alien and Accessory After the fact (Misdemeanor) | 1s |

The defendant is sentenced as provided in pages 2 through    3    of this judgment.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   Count 1 of Underlying Information; and Count's 2 and 3 of Superseding Information   are dismissed on the motion of the United States.

☒ Assessment : $10.00

☒ See fine page    ☐ Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 18, 2018
Date of Imposition of Sentence

HON. WILLIAM V. GALLO
UNITED STATES DISTRICT JUDGE

18-cr-03177-WVG

## **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: 70 Days

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

    ☒ at _____5:00_____ P.M. on _9/25/2018 or any time before that date._

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

DEFENDANT: Rogelio Alvarado-Moreno
CASE NUMBER: 18-cr-03177-WVG

# FINE

The defendant shall pay a fine in the amount of    $125.00    unto the United States of America.

This sum shall be paid     ___ immediately.
                            **x**   as follows:

Pay a fine in the amount of $125 through the Clerk, U. S. District Court. The defendant shall pay the fine at the rate of $10 per month until payment is complete. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the fine judgment at any time. Until fine has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant   does   have the ability to pay interest. It is ordered that:

**x**   The interest requirement is waived.

___ The interest is modified as follows: